UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MISDAEL RODRIGUEZ-FRANCISCO,

Plaintiff,

v. Case No.: 2:26-cv-2397-SPC-KRH

FIELD DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES and SECRETARY MARKWAYNE MULLIN,

Defendants.

---

**OPINION AND ORDER**

Before the Court is Plaintiff Misdael Rodriguez-Francisco's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 9). Plaintiff brings this action under the Administrative Procedures Act, 5 U.S.C. § 702, seeking an order compelling Defendants Field Director U.S. Cirizenship and Immigration Services and Secretary Markwayne Mullin to adjudicate his application for lawful permanent residence, which he filed in December 2024. (Doc. 1). Fifteen days ago, Florida Fish and Wildlife Conservation Commission officers arrested Plaintiff, and he is currently being held at a detention center in Tennessee. (*Id.*). Plaintiff believes there is an imminent risk he may be deported before this case is adjudicated. So he seeks

an ex parte temporary restraining order ("TRO") and preliminary injunction under the All Writs Act, 28 U.S.C. § 1651(a), enjoining his removal from the United States while this action is pending. (Doc. 9). He also asks the Court to order his transfer to a detention center in Fort Myers, Florida. (*Id.*).

To the extent Plaintiff seeks to enjoin his removal from the United States, the Court lacks jurisdiction to grant the requested relief. Under 8 U.S.C. § 1252(g), subject to certain exceptions not applicable here, "no court shall have jurisdiction to hear any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien under this chapter." Applying this statute, "[c]ourts across the country have thus found that they are barred from staying removal, even when the court might otherwise have jurisdiction over the underlying claims presented." *Esteban by & through Alonso v. Warden, Glades Cnty. Det. Ctr.*, No. 2:26-CV-1071-KCD-NPM, 2026 WL 958178, at *1 (M.D. Fla. Apr. 9, 2026) (cleaned up and collecting cases) (denying motion for TRO seeking to enjoin the government from removing him outside the Middle District of Florida while his habeas petition was pending). So the Court denies this request.

Plaintiff also asks the Court to order his return to an immigration detention within the USCIS Fort Myers Field Office's area of responsibility. (Doc. 9 at 3). But he provides no authority supporting his request or suggesting

the Court has the authority to order his transfer. So the Court denies this request as well.

Accordingly, it is now

**ORDERED:**

Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record